**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| ANN GATES MIDDLETON, ERVIN MIDDLETON,<br><br>Plaintiffs,<br><br>vs.<br><br>CAVALRY PORTFOLIO SERVICES, LLC, CITIBANK, N.A. INC. and 'DOES" 1-10;<br><br>Defendants. | CASE NO.: 2:16-cv-01760-MMD-PAL<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR TELEPHONIC APPEARANCE AT HEARING ON MOTION TO MODIFY SCHEDULING ORDER AND CONTINUE CASE DEADLINES SET FOR MAY 30, 2017** |

1  Pursuant to Defendants' request for their out-of-state counsel to appear
2 telephonically at the hearing on Defendants' Motion to Modify the Scheduling Order
3 and Continue Case Deadlines set for May 30, 2017 at 9:00 a.m., and good cause
4 having been shown,

5  IT IS HEREBY ORDERED that the Motion is GRANTED.  R. Travis
6 Campbell may appear telephonically at the hearing.  Mr. Campbell is instructed to
7 call Jeff Miller, Courtroom Deputy, at (702) 464-5420 before **4:00 p.m., May 26,**
8 **2017**, to indicate a telephone number where he may be reached for the hearing.  Mr.
9 Miller will initiate the call for the hearing.

13 IT IS SO ORDERED.

16 The Honorable Peggy A. Leen
United States Magistrate Judge

18 DATED: May 19, 2017

## CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b) and Administrative Order 14-2, I hereby certify that on the 12th day of May 2017, I served a copy of the foregoing **PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR TELEPHONIC APPEARANCE AT HEARING ON MOTION TO MODIFY SCHEDULING ORDER AND CONTINUE CASE DEADLINES SET FOR MAY 30, 2017** via U.S. Mail, postage prepaid, addressed to the following:

Ann Gates Middleton
7754 Pink Ginger Street
Las Vegas, NV 89123
Plaintiff in Pro Per

Ervin Middleton
2375 E. Tropicana Ave. #358
Las Vegas, Nevada 89119
Plaintiff in Pro Per

_____
Rosana M. Klingerman
*Paralegal, Simmonds & Narita LLP*