UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ANN GATES MIDDLETON,<br><br>Plaintiff,<br>v.<br><br>CAVALRY PORTFOLIO SERVICES, LLC, et al.,<br><br>Defendant. | Case No. 2:16-cv-01760-MMD-PAL<br><br>ORDER<br><br>(Mot Mod DPSO – ECF No. 50) |

The court conducted a hearing on May 30, 2017, on Defendants' Motion to Modify Scheduling Order and Continue Case Deadlines (ECF No. 50). Jessica Green appeared in person, and Robert Campbell appeared telephonically on behalf of defendants. Plaintiff received notice but did not appear for the hearing. The court considered the motion, plaintiff's Opposition (ECF No. 57),

**IT IS ORDERED** that:

1. The Motion to Modify Scheduling Order and Case Deadlines (ECF No. 50) is **DENIED**.
2. The case discovery plan and scheduling order deadlines are **STAYED** pending a decision on the motion to dismiss which is fully briefed and awaiting a decision by the district judge.
3. The parties will have 60 days from decision of the motion to dismiss to complete any remaining discovery on any claim(s) that survives.
4. In the event any of plaintiff's claims survive the pending motion to dismiss the parties shall meet and confer within in 14 days of decision of the motion to discuss any remaining discovery either side requests, and to submit a discovery plan and scheduling

1

order allowing 60 days from decision of the motion to dismiss to complete any remaining discovery, and establish other deadlines consistent with the requirements of LR 26-1.

DATED this 30th day of May, 2017.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE